## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| MICHAEL A NORWOOD, CYNTHIA M NORWOOD, | NO. 09-41168 JUDGE: Hollis |
| DEBTOR | |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents Wells Fargo Bank, N.A., As Trustee On Behalf of The Certificateholders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WCW1 in your Chapter 13 case number 09-41168.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  As of April 8, 2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 06/2010 – 04/2011 monthly payments at $2,061.67 each | = $ | 22,678.37 |
| TOTAL | = $ | 22,678.37 |

Respectfully submitted,

    /s/ Christopher R. Murphy
Attorney for Wells Fargo Bank, N.A., As Trustee On Behalf of The Certificateholders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WCW1

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-030625

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**